# Exhibit C

| DISP# | PATIENT | | CARRIER | DOS | Claim # | CPT CODE | DATE WON | PROVIDER | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| DISP-1079898 | | BP | AETNA | 11/20/2023 | | 64722 | 6/29/2025 | DADASHEV | $115,000.00 |
| DISP-1150161 | | MP | AETNA | 7/19/2022 | | 63053 | 7/31/2024 | SHAH | $30,000.00 |
| DISP-1161516 | | MG | AETNA | 1/9/2024 | | 20660 | 10/11/2024 | BOLOGNESE | $25,300.00 |
| DISP-1171295 | | JP | AETNA | 12/26/2023 | | 62201 | 7/25/2024 | GAUDIN | $38,772.14 |
| DISP-1175907 | | EB | AETNA | 11/29/2023 | | 64722 | 1/10/2025 | DADASHEV | $115,000.00 |
| DISP-1373273 | | JB | AETNA | 10/20/2023 | | 22633 | 11/1/2024 | VAYNMAN | $90,000.00 |
| DISP-1374061 | | MP | AETNA | 1/25/2024 | | 64722 | 8/19/2024 | BOLOGNESE | $57,500.00 |
| DISP-1383897 | | MB | AETNA | 3/11/2024 | | 69990 | 7/31/2024 | GAUDIN | $34,298.99 |
| DISP-1470430 | | SC | AETNA | 2/1/2024 | | 63040 | 7/23/2025 | SONSTEIN | $60,950.00 |
| DISP-1470643 | | SC | AETNA | 2/1/2025 | | 64722 | 12/29/2025 | SONSTEIN | $230,000.00 |
| DISP-1577188 | | AA | AETNA | 4/12/2024 | | 63047 | 3/21/2025 | SONSTEIN | $63,480.00 |
| DISP-1900393 | | MW | AETNA | 6/11/2024 | | 63685 | 11/27/2024 | SNYDER | $33,132.00 |
| DISP-1956770 | | LS | AETNA | 6/18/2024 | | 63012 | 5/16/2025 | RAK | $60,629.00 |
| DISP-1956869 | | LS | AETNA | 6/18/2024 | | 22842 | 6/27/2025 | RAK | $71,415.00 |
| DISP-1957000 | | LS | AETNA | 6/18/2024 | | 22614 | 12/16/2024 | RAK | $28,750.00 |
| DISP-1957120 | | LS | AETNA | 6/18/2024 | | 69990 | 1/8/2025 | RAK | $34,500.00 |
| DISP-1958816 | | DC | AETNA | 3/14/2024 | | 22551 | 12/11/2024 | SHAH | $90,000.00 |
| DISP-1990225 | | LS | AETNA | 6/26/2024 | | 63710 | 12/11/2024 | RAK | $50,337.00 |
| DISP-1990307 | | LS | AETNA | 6/26/2024 | | 64722 | 12/11/2024 | RAK | $57,500.00 |
| DISP-1990365 | | LS | AETNA | 6/26/2024 | | 64722 | 12/11/2024 | RAK | $57,500.00 |
| DISP-1991221 | | KR | AETNA | 4/2/2024 | | 22845 | 4/7/2025 | SONSTEIN | $69,000.00 |
| DISP-2155685 | | GS | AETNA | 7/12/2024 | | 64722 | 7/14/2025 | J. BRISMAN | $115,000.00 |
| DISP-2278277 | | MD | AETNA | 5/29/2024 | | 64722 | 1/21/2025 | RAK | $172,500.00 |
| DISP-2467702 | | JM | AETNA | 7/22/2024 | | 22551 | 6/12/2025 | GEORGE | $90,000.00 |
| DISP-2467858 | | JM | AETNA | 7/22/2024 | | 22845 | 7/7/2025 | GEORGE | $69,000.00 |
| DISP-2467988 | | JM | AETNA | 7/22/2024 | | 22853 | 6/21/2025 | GEORGE | $46,000.00 |
| DISP-2468126 | | JM | AETNA | 7/22/2024 | | 64722 | 4/2/2025 | GEORGE | $230,000.00 |
| DISP-2529941 | | LG | AETNA | 5/15/2024 | | 22612 | 3/7/2025 | RAK | $69,000.00 |
| DISP-2613896 | | AV | AETNA | 5/6/2024 | | 22633 | 6/25/2025 | BIRK | $90,000.00 |
| DISP-2613940 | | AV | AETNA | 5/6/2024 | | 63052 | 5/31/2025 | BIRK | $57,500.00 |
| DISP-2613971 | | AV | AETNA | 5/6/2024 | | 22842 | 6/13/2025 | BIRK | $65,260.00 |
| DISP-2614024 | | AV | AETNA | 5/6/2024 | | 22214 | 6/2/2025 | BIRK | $57,500.00 |
| DISP-2614417 | | AV | AETNA | 5/6/2025 | | 64722 | 6/6/2025 | BIRK | $57,500.00 |
| DISP-2614503 | | AV | AETNA | 5/6/2024 | | 22853 | 6/2/2025 | BIRK | $23,000.00 |
| DISP-2644706 | | SS | AETNA | 11/11/2024 | | 63047 | 4/4/2025 | GEORGE | $63,480.00 |
| DISP-2950360 | | AR | AETNA | 10/16/2024 | | 63052 | 6/22/2025 | DADASHEV | $57,500.00 |
| DISP-3045150 | | AK | AETNA | 1/17/2025 | | 63030 | 6/25/2025 | VAYNMAN | $69,000.00 |
| DISP-3421572 | | AP | AETNA | 2/13/2025 | | 22846 | 7/9/2025 | DADASHEV | $50,255.00 |
| DISP-3629774 | | AP | AETNA | 2/13/2025 | | 22853 | 8/25/2025 | DADASHEV | $23,000.00 |
| DISP-3731969 | | TP | AETNA | 3/31/2025 | | 22551 | 8/26/2025 | AETNA | $90,000.00 |
| DISP-3745668 | | AH | AETNA | 4/11/2025 | | 62161 | 1/20/2026 | M. BRISMAN | $85,963.00 |
| DISP-3755346 | | AH | AETNA | 4/11/2025 | | 63280 | 9/16/2025 | M. BRISMAN | $49,594.00 |
| DISP-3755599 | | AH | AETNA | 4/11/2025 | | 61521 | 9/22/2025 | M. BRISMAN | $86,250.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DISP-3755652 | ██ | AH | AETNA | 4/11/2025 | ██ | 20660 | 10/27/2025 | M. BRISMAN | $25,300.00 |
| DISP-3806355 | ██ | RM | AETNA | 5/15/2025 | ██ | 61798 | 10/9/2025 | M. BRISMAN | $97,500.00 |
| DISP-3806412 | ██ | RM | AETNA | 5/15/2025 | ██ | 61800 | 9/19/2025 | M. BRISMAN | $23,000.00 |
| DISP-3829423 | ██ | AH | AETNA | 4/11/2025 | ██ | 63280 | 9/9/2025 | ONESTI | $49,594.00 |
| DISP-3852789 | ██ | DM | AETNA | 3/10/2025 | ██ | 64722 | 9/25/2025 | GEORGE | $172,500.00 |
| DISP-3871542 | ██ | LB | AETNA | 5/2/2025 | ██ | 63042/647 | 9/30/2025 | SONSTEIN | $290,950.00 |
| DISP-3871582 | ██ | LB | AETNA | 5/2/2025 | ██ | 22614 | 9/30/2025 | SONSTEIN | $28,750.00 |
| DISP-3871604 | ██ | LB | AETNA | 5/2/2025 | ██ | 22612 | 10/1/2025 | SONSTEIN | $69,000.00 |
| DISP-3871653 | ██ | LB | AETNA | 5/2/2025 | ██ | 63044 | 9/30/2025 | SONSTEIN | $26,450.00 |
| DISP-3911866 | ██ | NP | AETNA | 1/29/2025 | ██ | 62147 | 9/25/2025 | ONESTI | $47,150.00 |
| DISP-3911934 | ██ | NP | AETNA | 1/29/2025 | ██ | 61618 | 10/7/2025 | ONESTI | $28,750.00 |
| DISP-4315565 | ██ | JB | AETNA | 6/27/2025 | ██ | 64722 | 12/10/2025 | SONSTEIN | $345,000.00 |
| DISP-4315672 | ██ | JB | AETNA | 6/27/2025 | ██ | 64722 | 12/2/2025 | SONSTEIN | $115,000.00 |
| DISP-4315818 | ██ | JB | AETNA | 6/27/2025 | ██ | 63048 | 11/12/2025 | SONSTEIN | $124,200.00 |
| DISP-4316023 | ██ | JB | AETNA | 6/27/2025 | ██ | 22614 | 11/12/2025 | SONSTEIN | $86,250.00 |
| DISP-4445926 | ██ | HV | AETNA | 5/13/2025 | ██ | 64722 | 1/21/2026 | GEORGE | $230,000.00 |
| DISP-4563940 | ██ | PL | AETNA | 4/25/2025 | ██ | 63047 | 12/19/2025 | j. BRISMAN | $63,480.00 |
| DISP-4921163 | ██ | LH | AETNA | 9/4/2025 | ██ | 63047 | 1/26/2026 | SHAH | $63,480.00 |
| DISP-5027627 | ██ | JS | AETNA | 9/5/2025 | ██ | 63048 | 2/18/2026 | GEORGE | $31,050.00 |
| DISP-5027823 | ██ | JS | AETNA | 9/5/2025 | ██ | 63047 | 2/18/2026 | GEORGE | $63,480.00 |
| DISP-5027885 | ██ | JS | AETNA | 9/5/2025 | ██ | 64722 | 2/18/2026 | GEORGE | $115,000.00 |
| DISP-5056787 | ██ | MC | AETNA | 10/3/2025 | ██ | 61458 | 2/20/2026 | M. BRISMAN | $99,000.00 |
| DISP-5057090 | ██ | MC | AETNA | 10/3/2025 | ██ | 20660 | 2/26/2026 | M. BRISMAN | $25,300.00 |
| DISP-5065849 | ██ | SG | AETNA | 10/17/2025 | ██ | 63048 | 2/23/2026 | SONSTEIN | $31,050.00 |
| DISP-5065972 | ██ | SG | AETNA | 10/17/2025 | ██ | 63047 | 2/23/2026 | SONSTEIN | $63,480.00 |
| DISP-5066106 | ██ | SG | AETNA | 10/17/2025 | ██ | 22614 | 2/23/2026 | SONSTEIN | $28,750.00 |
| DISP-5066174 | ██ | SG | AETNA | 10/17/2025 | ██ | 22612 | 2/23/2026 | SONSTEIN | $69,000.00 |
| DISP-5066263 | ██ | SG | AETNA | 10/17/2025 | ██ | 20939 | 2/23/2026 | SONSTEIN | $9,258.00 |
| DISP-5089941 | ██ | SA | AETNA | 10/29/2025 | ██ | 22856 | 2/13/2026 | J. BRISMAN | $94,300.00 |
| DISP-5090302 | ██ | SA | AETNA | 10/29/2025 | ██ | 22858 | 3/3/2026 | J. BRISMAN | $69,000.00 |
| DISP-5090994 | ██ | MC | AETNA | 10/3/2025 | ██ | 61458 | 2/17/2026 | BOYLE | $49,500.00 |
| DISP-5091121 | ██ | MC | AETNA | 10/3/2025 | ██ | 62161 | 2/17/2026 | BOYLE | $42,981.50 |
| DISP-5091223 | ██ | MC | AETNA | 10/3/2025 | ██ | 61618 | 2/17/2026 | BOYLE | $14,375.00 |
| DISP-5486732 | ██ | MR | AETNA | 12/12/2025 | ██ | 61458 | 3/19/2026 | M. BRISMAN | $99,000.00 |
| DISP-5486789 | ██ | MR | AETNA | 12/12/2025 | ██ | 61618 | 3/25/2026 | M. BRISMAN | $28,750.00 |
| DISP-5486860 | ██ | MR | AETNA | 12/12/2025 | ██ | 61781 | 3/19/2026 | M. BRISMAN | $51,750.00 |
| DISP-5486920 | ██ | MIR | AETNA | 12/12/2025 | ██ | 62161 | 3/23/2026 | M. BRISMAN | $85,963.00 |
| DISP-5486971 | ██ | MR | AETNA | 12/12/2025 | ██ | 20660 | 3/25/2026 | M. BRISMAN | $25,300.00 |
| DISP-936820 | ██ | PW | AETNA | 10/6/2023 | ██ | 61512 | 10/17/2024 | IMANI | $68,770.00 |
| H113B1A84:G109 | | | | | | | | | $6,181,777.63 |